R. Joseph Trojan    CA Bar No. 137,067
trojan@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA    90212
Telephone:      310-777-8399
Facsimile:      310-777-8348

**Attorneys for Plaintiffs**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Select Management Resources, LLC**, a Georgia limited liability company; **Anderson Financial Services, LLC**, an Idaho limited liability company; **LoanMax, LLC**, a New Hampshire limited liability company; **LoanMax, LLC**, a Delaware limited liability company; **North American Title Loans, LLC**, a Utah limited liability company; **Northeastern Title Loans, LLC**, a Delaware limited liability company; **QuickClick Loans, LLC**, a Georgia limited liability company,

Plaintiffs,

v.

**D and D Marketing, Inc.**, a California corporation, and **Dmitry Fomichev**,

Defendants.

CASE NO. CV10 10008 DSF SSx

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEVE FOR TRADEMARK INFRINGEMENT, FEDERAL UNFAIR COMPETITION, AND CALIFORNIA UNFAIR COMPETITION**

**JURY TRIAL REQUESTED**

TROJAN LAW OFFICES
BEVERLY HILLS

1

Plaintiffs, Select Management Resources, LLC, a Georgia limited liability company ("Select Management"); Anderson Financial Services, LLC, an Idaho limited liability company; LoanMax, LLC, a New Hampshire limited liability Company; LoanMax, LLC, a Delaware limited liability company; North American Title Loans, LLC, a Utah limited liability company; Northeastern Title Loans, LLC, a Delaware limited liability company; and QuickClick Loans, LLC, a Georgia limited liability company (collectively the "Related Companies"), hereby sue Defendants D and D Marketing, Inc. and Dmitry Fomichev, and allege:

1.     This action seeks to remedy and enjoin Defendants' unlawful and unfair competition with Plaintiffs pursuant to the Lanham Act, 15 U.S.C. §§1114-1117 and the law of California.

## THE PARTIES

2.     Plaintiff Select Management is a Georgia limited liability company with its principal office in Alpharetta, Georgia.   Among other things, Select Management is in the business of consumer lending services.   Select Management is the owner of the website <quickclickloans.com> and owner of the federally registered **QUICKCLICK**® trademark for consumer lending services.

3.     Plaintiff Anderson Financial Services, LLC is an Idaho limited liability company with its principal office in Alpharetta, Georgia.   Among other things, Anderson Financial Services, LLC is in the business of consumer lending services.

Anderson Financial Services, LLC is a related company to Select Management and a licensee of the **QUICKCLICK**® trademark for consumer lending services.

4.     Plaintiff LoanMax, LLC is a New Hampshire limited liability company with its principal office in Alpharetta, Georgia.   Among other things, LoanMax, LLC is in the business of consumer lending services.   LoanMax, LLC is a related company to Select Management and a licensee of the **QUICKCLICK**® trademark for consumer lending services.

5.     Plaintiff LoanMax, LLC is a Delaware limited liability company with its principal office in Alpharetta, Georgia.   Among other things, LoanMax, LLC is in the business of consumer lending services.   LoanMax, LLC is a related company to Select Management and a licensee of the **QUICKCLICK**® trademark for consumer lending services.

6.     Plaintiff North American Title Loans, LLC is a Utah limited liability company with its principal office in Alpharetta, Georgia.   Among other things, North American Title Loans, LLC is in the business of consumer lending services. North American Title Loans, LLC, is a related company to Select Management and a licensee of the **QUICKCLICK**® trademark for consumer lending services.

7.     Plaintiff Northeastern Title Loans, LLC is a Delaware limited liability company with its principal office in Alpharetta, Georgia.   Among other things, Northeastern Title Loans, LLC is in the business of consumer lending services.

TROJAN LAW OFFICES
BEVERLY HILLS

Northeastern Title Loans, LLC, is a related company to Select Management and a licensee of the **QUICKCLICK**® trademark for consumer lending services.

8.      Plaintiff QuickClick Loans, LLC is a Georgia limited liability company with its principal office in Alpharetta, Georgia.   Among other things, QuickClick Loans, LLC is in the business of consumer lending services. QuickClick Loans, LLC is a related company to Select Management and a licensee of the **QUICKCLICK**® trademark for consumer lending services.

9.      Defendant D and D Marketing, Inc. d/b/a T3Leads is a California corporation with an address at 15503 Ventura Blvd, Suite 300, Encino, California 91436 ("T3Leads").    T3Leads is also in the business of consumer lending services.

10.      Upon information and belief, Defendant Dmitry Fomichev is a California resident and the Chief Executive Officer of T3Leads.

## JURISDICTION AND VENUE

11.      This action arises under the federal Trademark Act of 1946, as amended (the "Lanham Act"), 15 U.S.C. §§ 1051 et seq., including more particularly 15 U.S.C. §§ 1114(1) and 1125(a); and the California statutory and common law of unfair competition.

12.      This Court has subject matter jurisdiction for this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) and (c), and the principles of supplemental jurisdiction.

TROJAN LAW OFFICES
BEVERLY HILLS

4

13.     Upon information and belief, personal jurisdiction is proper in this district as the Defendants reside and are actively conducting business in this forum. Defendants have substantial, and not isolated, contacts with the State of California, including with respect to the activities sued upon in this action. Defendants maintain their headquarters in the State of California and advertise, market, and sell their services within the State. Jurisdiction in California is consistent with the requirements of federal due process.

14.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to the claims alleged herein occurred in the Central District of California. Among other things, Defendants offer their services in this judicial district to customers that are confused or likely to be confused by Defendants' false and infringing use of Plaintiffs' trademarks; and Defendants undertook their infringing actions knowing that, and with the intention that, they would damage Plaintiffs in this judicial district. In addition, venue in this Court is proper pursuant to 28 U.S.C. § 1391(c), as Defendants are subject to personal jurisdiction in this judicial district.

### FACTS COMMON TO ALL COUNTS

15.     Select Management is the administrative arm of a commonly-owned family of Related Companies offering consumer lending services under the **QUICK CLICK** trademark.   Plaintiff Select Management operates the website

5

<quickclickloans.com> and is in the business of consumer lending services. Select Management has continuously operated its website in interstate commerce under the **QUICKCLICK®** mark since it first developed the <quickclickloans.com> website platform in May of 2006.

16.     The Select Management website platform is an efficient low-overhead online platform catering to those consumers seeking short term unsecured loans of up to $3,500.   An Internet-based platform offers several advantages when compared to a traditional consumer lending operation, including the option to offer lending services on a "24/7" basis through sophisticated software automation, without the overhead associated with traditional expensive brick and mortar store locations.   The Select Management website platform instantly matches a loan applicant with the Related Company which services loans in that applicant's particular geographic location.

17.     The present economic climate has severely impacted the consumer lending industry.   Many consumers, even those with excellent credit, have had difficulty obtaining unsecured loans to address short term financial issues.   Many traditional lenders have stopped offering unsecured loans altogether due to the risk of default on even the most creditworthy borrowers.   The sophistication and efficiency of the Select Management website platform permits Select Management to offer a type of unsecured loan which many other traditional lenders can no longer

offer in the present economic climate.   Select Management customers are those with fair credit and stable income that would otherwise have difficulty qualifying for a traditional loan.

18.     Select Management and its Related Companies have a reputation for offering top quality loan services, and as a result, Plaintiffs have won considerable goodwill for the **QUICKCLICK**® trademark. The public, and in particular, consumers in the relevant market in which Plaintiffs compete – consumer finance services – have come to associate the mark **QUICKCLICK**® as signifying Plaintiffs' specific business.

19.     The mark **QUICKCLICK**® was first used in interstate commerce by Plaintiffs to advertise, promote, market and sell consumer finance services on or about May 18, 2006, and has been in use continuously since that time.

20.     To distinguish its services from competitors, Plaintiff Select Management has caused to be registered on the Principal Register of the United States Patent and Trademark Office the distinctive **QUICKCLICK**® service mark, Reg. No. 3,407,131, registered April 1, 2008 in International Class 36 for consumer lending services.   A copy of U.S. Trademark Registration No. 3,407,131 for the **QUICKCLICK**® mark is attached at **Exhibit A.**   Select Management is the owner of all rights and interest in this registration and the goodwill associated therewith.

7

21.     Select Management has expended extensive time, energy, and monetary investment in promoting, marketing, and advertising the website <quickclickloans.com> under the **QUICKCLICK**® mark.   As a result, the **QUICKCLICK**® mark has become distinctive and well-known in the marketplace, and connotes Select Management's goodwill and reputation to relevant consumers and in the industry.

## DEFENDANTS' SHAM BUSINESS STRUCTURE

22.     Defendants also operate in the consumer lending services industry. Defendant T3Leads operates the website <t3leads.com>.   Defendant Fomichev is the founder and Chief Executive Officer of T3Leads.

23.     Defendant T3Leads claims to operate as an intermediary between "Affiliate" consumer lender websites and actual "Merchant" lenders.   T3Leads website states:

> T3Leads is THE premier Internet destination for quality leads and marketing opportunities. Featuring our third generation lead optimization platform, both Merchants and Affiliates can access a central marketplace to yield maximum performance for their lead revenue needs.

For example, a T3Leads "Affiliate" website such as <online1hourloans.com> will market and advertise consumer lending services over the Internet and encourage visitors to fill out and submit a "loan application" on the "Affiliate" website. However, unbeknownst to those submitting a "loan application," their application information is passed on to T3Leads to sell to one of many various "Merchant"

TROJAN LAW OFFICES
BEVERLY HILLS

consumer lending companies.   This practice is itself deceptive, as Defendants do not disclose to consumers that they are acting as middlemen to obtain and sell their highly confidential information to independent third party lenders.

24.    T3Leads exercises extensive control over its "Affiliate" websites. The "Affilliate" websites are based on standard website designs and code created by T3Leads.   When a user selects the option to submit a loan application, they are taken to a form actually hosted by a T3Leads website. For instance, on <online1hourloans.com> the loan application form is hosted by <altohost.com> a T3Leads computer.   When a user submits its highly confidential application, the information is submitted directly to T3Leads.   The user receives no disclosure regarding this process unless they view the programming code underlying the website.   Plaintiffs' technical experts had to examine the website code to determine that the loan application was submitted to T3Leads.com computers.

25.    Although the ownership information for most T3Leads "affiliate" websites is disguised, at least one domain name was apparently overlooked.   The official website registration information for the website <online1hourloans.com> shows Defendant Dmitry Fomichev as the registered owner, the founder and Chief Executive Officer of T3Leads. This ownership is reflected, for example, in the Network Solutions WHOIS domain name information record for <online1hourloans.com> attached as **Exhibit B**.

TROJAN LAW OFFICES
BEVERLY HILLS

9

26. Upon information and belief, the disguised T3Leads "affiliate" websites are also under the ownership and control of the Defendants.

27. The T3Leads business structure is, on information and belief, a sham attempt to insulate Defendants from the infringing marketing activities perpetrated on their behalf against Plaintiffs and other reputable industry lending websites through the Google AdWords system.

## GOOGLE ADWORDS ADVERTISING

28. Google AdWords is a popular service of the Google Internet search engine, offering businesses the opportunity to target advertising directly to interested search engine users on the website <google.com>.   For instance, Google AdWords allows a company such as PepsiCo, Inc. to purchase a targeted advertisement that will appear every time a Google user conducts a search using a specified keyword for a type of product of service, such as "soda."   This advertising is particularly effective when PepsiCo purchases its own trademark "Pepsi" via Google AdWords to show an advertisement to those interested in learning more about its product offerings by directing them to the PepsiCo website.

29. Although the Google AdWords system is a powerful tool for legitimate targeted advertising, there is also room for abuse.   Less scrupulous advertisers have learned they can use the Google AdWords system to purchase trademarks belonging to their competitors, as when Pepsi purchases the keyword

TROJAN LAW OFFICES
BEVERLY HILLS

"Coke," to lure Google users to their own site, <pepsi.com>, when in fact they were seeking information on the competitor, Coke, whose search term was used.

30.    Defendants have done just that: they have purchased the keyword "quickclickloans.com" via the Google AdWords system to promote competing lending services on several generic websites, including the website <online1hourloans.com>.   The image shown below indicates that not only has T3Leads purchased an advertisement keyed directly to Select Management's "quickclickloans.com," but Defendants have incorporated the website <quickclickloans.com> into the title of the advertisement in order to deceive actual and prospective customers of Select Management.

**Quickclickloans.com** (FAST)
$100 - $1500 Cash Loans.com Instant
Approval. No Fax. Get It Now.
Online1HourLoans.com/Cash-Loans-Com
Orlando-Daytona Beach, FL

31.    In other words, T3Leads used the **QUICKCLICK**® trademark and deceptive title listing the website <quickclickloans.com> to deceive Select Management customers into visiting the competing website <online1hourloans.com>.

32.    Upon information and belief, T3Leads owns or controls numerous other websites also utilizing the "quickclickloans.com" keyword and ad title as shown at **Exhibit C**.

TROJAN LAW OFFICES
BEVERLY HILLS

33.   Defendants' wrongful purchase from Google AdWords of the **QUICKCLICK**® trademark owned by Select Management, in an effort to divert consumers to its own websites, has caused and is continuing to cause actual confusion as to the source or sponsorship of Defendants' services by consumers.

34.   Upon information and belief, Defendants continue to offer and sell their competing lending services to consumers within this jurisdiction and in interstate commerce by appropriating Select Management's **QUICKCLICK**® mark.

35.   Plaintiffs have never authorized Defendants to use the **QUICKCLICK**® trademark for any purpose. Defendants' purchase and use of the **QUICKCLICK**® keyword for Internet advertising use is likely to cause confusion and mistake as to the origin of Defendants' lending services, and the relationship between Plaintiffs and Defendants.

36.   Plaintiffs have been and continue to be irreparably damaged by Defendants' unauthorized use of the **QUICKCLICK**® trademark.

37.   All conditions precedent to the filing of this action have occurred, been performed or are excused by law.

TROJAN LAW OFFICES
BEVERLY HILLS

# COUNT I

## INFRINGEMENT OF FEDERALLY REGISTERED TRADEMARK
## 15 U.S.C. §§1114-1117

38.   Plaintiffs reallege and incorporate the allegations set forth in the preceding paragraphs as though they were fully set forth herein.

39.   This is a claim for relief under 15 U.S.C. ¶¶ 1114-1117 for infringement of a federally registered service mark.

40.   Upon information and belief, and at all times mentioned herein, Defendant Fomichev knowingly controlled, directed, caused, ratified and approved the acts of trademark infringement by T3 Leads complained of herein.

41.   On information and belief, Fomichev also controlled various other affiliate websites and businesses which also infringed the **QUICKCLICK**® mark, the identity of each such business being unknown to Plaintiffs at the present time.

42.   On information and belief, Defendants acted to conceal the identity of various affiliates that they controlled to infringe, or profit from the infringement, of the **QUICKCLICK**® mark and, in the course of so doing, Defendants failed to observe the corporate formalities, conducting such affiliates as if they were the alter ego of Defendants, such that the activities of each Defendant complained of herein are attributable to each other Defendant jointly and severally.

43.   Select Management is the true and rightful owner of the valid and legally protectable **QUICKCLICK**® service mark registered on the Principal

Register of the USPTO on April 1, 2008, Reg. No. 3,407,131, including but not limited to the goodwill associated with the mark. The **QUICKCLICK**® mark is inherently distinctive and has achieved secondary meaning with the relevant consuming public, which has come to recognize the services bearing the **QUICKCLICK**® mark as high quality services connected with Plaintiffs' business. Due to Plaintiffs' investment of time, effort and other resources to promote and protect the **QUICKCLICK**® mark as a symbol of excellence, the mark now enjoys an exceedingly valuable goodwill and strong secondary meaning in the market of consumers and potential consumers of Plaintiffs' services throughout the United States.

44.    Defendants and Plaintiffs are competitors in the market for consumer lending services.

45.    Defendants have knowingly used Select Management's **QUICKCLICK**® mark within the Google AdWords system in connection with the offering of services in interstate commerce.

46.    Defendants' use of the **QUICKCLICK**® mark is likely to cause, has caused and will continue to cause confusion among consumers as to the origin, sponsorship or approval of Defendants' consumer lending services.

47.    Defendants' wrongful use of the registered **QUICKCLICK**® mark in conjunction with the Google AdWords system to promote consumer lending

services is likely to cause consumer confusion as to source, sponsorship, affiliation, or authorization by Plaintiffs, or alternatively, to destroy the origin-identifying function of Plaintiffs' **QUICKCLICK**® mark.   As such, Defendants' actions constitute trademark infringement in violation of §32(a) of the Lanham Act, 15 US.C. §1114.

48.   As a proximate result of Defendants' actions, Plaintiffs have suffered and will continue to suffer damage to their business, goodwill, reputation, profits, and the strength of the **QUICKCLICK**® mark.   This injury to Plaintiffs is and continues to be ongoing and irreparable.   An award of monetary damages cannot fully compensate Plaintiffs for their injuries, and Plaintiffs lacks an adequate remedy at law.

49.   The foregoing acts of infringement by Defendants in appropriating the mark **QUICKCLICK**®, has been and continues to be deliberate, willful and wanton, making this an exceptional case within the meaning of 15 U.S.C. §1117.

50.   Plaintiffs are entitled to a preliminary and permanent injunction against Defendants, as well as all other monetary remedies available under the Lanham Act, including but not limited to compensatory damages, treble damages, disgorgement of profits, and costs and attorneys' fees.

TROJAN LAW OFFICES
BEVERLY HILLS

# COUNT II

## FEDERAL UNFAIR COMPETITION

### 15 U.S.C. §1125(a)

51.     Plaintiffs reallege and incorporate the allegations set forth in the preceding paragraphs as though they were fully set forth herein.

52.     This claim against both defendants arises under Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a).

53.     Upon information and belief, and at all times mentioned herein, Defendant Fomichev knowingly controlled, directed, caused, ratified and approved the acts of infringement and unfair competition by T3 Leads complained of herein.

54.     On information and belief, Fomichev also controlled various other affiliate websites and businesses, which also infringed the **QUICKCLICK**® mark, the identity of each such business being unknown to Plaintiffs at the present time.

55.     On information and belief, Defendants acted to conceal the identity of various affiliates that they controlled to infringe, or profit from the infringement, of the **QUICKCLICK**® mark and, in the course of so doing, Defendants failed to observe the corporate formalities, conducting such affiliates as if they were the alter ego of Defendants, such that the activities of each Defendant complained of herein are attributable to each other Defendant jointly and severally.

56.     Select Management is the true and rightful owner of the valid and legally protectable **QUICKCLICK**® service mark registered on the Principal

TROJAN LAW OFFICES
BEVERLY HILLS

16

Register of the USPTO on April 1, 2008, Reg. No. 3,407,131, including but not limited to the goodwill associated with the mark. The mark is inherently distinctive and has achieved secondary meaning with the relevant consuming public, which has come to recognize the services bearing the **QUICKCLICK**® mark as high quality services connected with Plaintiffs. Due to Plaintiffs' investment of time, effort and other resources to promote and protect the **QUICKCLICK**® mark as a symbol of excellence, the mark now enjoys an exceedingly valuable goodwill and strong secondary meaning in the market of consumers and potential consumers of Plaintiffs' services throughout the United States.

57.   Select Management is the true and rightful owner of the valid and legally protectable common law mark **QUICKCLICKLOANS.COM**, including but not limited to the goodwill associated with the mark. The mark is inherently distinctive and has achieved secondary meaning with the relevant consuming public, which has come to recognize the services offered through the **QUICKCLICKLOANS.COM** mark as high quality services connected with Plaintiffs. Due to Plaintiffs' investment of time, effort and other resources to promote and protect the **QUICKCLICKLOANS.COM** mark as a symbol of excellence, the mark now enjoys an exceedingly valuable goodwill and strong secondary meaning to actual and potential consumers of Plaintiffs' services throughout the United States.

17

58.   Defendants and Plaintiffs are competitors in the market for consumer lending services.

59.   Defendants have knowingly used Select Management's **QUICKCLICK**® and **QUICKCLICKLOANS.COM** marks within the Google AdWords system in connection with the offering of services in interstate commerce.

60.   Defendants' use of Select Management's **QUICKCLICK**® and **QUICKCLICKLOANS.COM** marks is likely to cause, has caused and will continue to cause confusion among consumers as to the origin, sponsorship or approval of Defendants' consumer lending services.

61.   Defendants' acts are in violation of 15 U.S.C. §1125(a) in that Defendants have used and are using, in connection with the offering of consumer lending services, a false designation of origin, or a false or misleading description and misrepresentation of fact which is likely to cause confusion, and to cause mistake, and to deceive as to the affiliation, connection, or association of Defendants with Plaintiffs as to the origin, sponsorship or approval of Defendants' services and commercial activities.

62.   Defendants knew or should have known that their statements were false and/or likely to mislead.

63.     Defendants' actions have at all times been without Plaintiffs' consent. Defendants' acts constitute willful and deliberate infringement of Plaintiffs' trademarks.

64.     Plaintiffs have suffered, and will continue to suffer, irreparable damage resulting from the acts of unfair competition by Defendants, and because these acts are continuing, Plaintiffs will suffer additional irreparable damage unless Defendants are enjoined by the Court from continuing those acts, which constitute unfair competition.

65.     Defendants' acts of unfair competition are willful, and this is an exceptional case within the meaning of 15 U.S.C. §1117(a).

## COUNT III

### UNFAIR COMPETITION
### CAL. BUS. & PROF. CODE § 17200 AND THE COMMON LAW

66.     Plaintiffs reallege and incorporate the allegations set forth in the preceding paragraphs as though they were fully set forth herein.

67.     Upon information and belief, and at all times mentioned herein, Defendant Fomichev knowingly controlled, directed, caused, ratified and approved the acts of trademark infringement and unfair competition by T3Leads complained of herein.

TROJAN LAW OFFICES
BEVERLY HILLS

TROJAN LAW OFFICES
Beverly Hills

68.     On information and belief, Fomichev also controlled various other affiliate websites and businesses which also infringed the **QUICKCLICK**® mark, the identity of each such business being unknown to Plaintiffs at the present time.

69.     On information and belief, Defendants acted to conceal the identity of various affiliates that they controlled to infringe, or profit from the infringement, of the **QUICKCLICK**® mark and, in the course of so doing, Defendants failed to observe the corporate formalities, conducting such affiliates as if they were the alter ego of Defendants, such that the activities of each Defendant complained of herein are attributable to each other Defendant jointly and severally.

70.     Defendants have knowingly used Plaintiff Select Management's **QUICKCLICK**® and **QUICKCLICKLOANS.COM** marks within the Google AdWords system in connection with the offering of services in California and nationwide.

71.     Defendants' use of Plaintiff Select Management's **QUICKCLICK**® and **QUICKCLICKLOANS.COM** marks is likely to cause, has caused and will continue to cause confusion among consumers as to the origin, sponsorship or approval of Defendants' consumer lending services.

72.     By reason of the foregoing, Defendants have been, and are, engaged in "unlawful, unfair or fraudulent business practices" in violation of Sections 17200 *et.*

*seq.* of the California Business and Professions Code and acts of unfair competition in violation of common law.

73.    Plaintiffs have suffered, and will continue to suffer, irreparable damage resulting from the acts of Defendants, and because these acts are continuing, Plaintiffs will suffer additional irreparable damage unless Defendants are enjoined by the Court from continuing those acts.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs respectfully pray that this Court enter such preliminary and final orders and judgments as are necessary to provide Plaintiffs with the following relief:

A.    A preliminary and then permanent injunction enjoining Defendants, together with their officers, agents, employees, attorneys, heirs, successors and assigns, and all those in privity with them, from infringing Select Management's **QUICKCLICK**® trademark;

B.    A preliminary and then permanent injunction enjoining Defendants, together with their officers, agents, employees, attorneys, heirs, successors and assigns, and all those in privity with them, from infringing    Select    Management's    **QUICKCLICKLOANS.COM** trademark;

C.     An injunction enjoining Defendants from continuing acts of unfair competition against Plaintiffs;

D.     An award of Plaintiffs' actual damages, Defendants' profits, and treble damages pursuant to 15 U.S.C. § 1117;

E.     An award of punitive damages because of Defendants' willful conduct;

F.     An award of Plaintiffs' taxable costs and attorneys' fees; and

G.     Such other relief as this Court deems just and appropriate.

## REQUEST FOR JURY TRIAL

Plaintiffs request a trial by jury for all claims so triable.

Respectfully submitted,

TROJAN LAW OFFICES

Dated: December 29, 2010     By: _____

R. Joseph Trojan
Attorneys for Plaintiffs

TROJAN LAW OFFICES
BEVERLY HILLS

22

**EXHIBIT "A"**

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 3,407,131

Registered Apr. 1, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

# QUICKCLICK

SELECT MANAGEMENT RESOURCES, LLC (GEORGIA LTD LIAB CO)
3440 PRESTON RIDGE ROAD, SUITE 500
ALPHARETTA, GA 30005

FOR: CONSUMER LENDING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-18-2006; IN COMMERCE 5-18-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-871,690, FILED 4-27-2006.

STEVEN R. FINE, EXAMINING ATTORNEY

**EXHIBIT "B"**

Network Solutions  >>  Whois  >>  Results
Log In

Call Now to get your Domain for FREE - **1-877-540-6981**



- Search
- Renew
- Transfer
- Features
- Private Registration
- Forward
- WHOIS

**WHOIS Results for online1hourloans.com**

Available domain names similar to online1hourloans.com
Available Extensions

- [ ] **online1hourloans**.tel
- [ ] **online1hourloans**.us
- [ ] **online1hourloans**.eu
- [ ] **online1hourloans**.mobi

Available Domains

- [ ] orlando**online1hourloans**.com
- [ ] orlandointernet1hourloans.com
- [ ] orlandoonlineonehourloans.com
- [ ] online-1-hour-loans.com

Premium Resale Domains

| | |
|---|---|
| [ ] hourage.com | **$2,495** |
| [ ] hourbuy.com | **$3,188** |
| [ ] floridastudentloans.com | **$2,899** |
| [ ] 21online.net | **$650** |
| [ ] **online1hourloans**.biz | |
| [ ] **online1hourloans**.tv | |
| [ ] **online1hourloans**.bz | |
| [ ] **online1hourloans**.co.uk | |
| [ ] **online1hourloans**.pro | |
| [ ] **online1hourloans**.de | |
| [ ] internet1hourloans.com | |
| [ ] online1hourmortgages.com | |
| [ ] online-1-hour-mortgages.com | |
| [ ] online-one-hour-loans.com | |
| [ ] internet-1-hour-loans.com | |
| [ ] internet-1-hour-mortgages.com | |
| [ ] hourmap.com | **$1,795** |
| [ ] loancalculatorflorida.com | **$1,225** |
| [ ] golf1gti.com | **$1,030** |

View more

**Add Selected to Cart**

online1hourloans.com

Is this your domain name? Renew it now.



**Current Registrar:** MONIKER ONLINE SERVICES, INC.
**IP Address:** 68.169.73.123 (ARIN & RIPE IP search)
**Lock Status:** clientDeleteProhibited

```
Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time.  By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: ONLINE1HOURLOANS.COM
Registrar: MONIKER

Registrant [1772073]:
        Dmitry Fomichev str02k@yahoo.com
        14900 Ventura Blvd. #210
        Sherman Oaks
        ca
        91403
        US


Administrative Contact [1772073]:
        Dmitry Fomichev str02k@yahoo.com
        14900 Ventura Blvd. #210
        Sherman Oaks
        ca
        91403
        US
        Phone: +1.3107094460


Billing Contact [1772073]:
        Dmitry Fomichev str02k@yahoo.com
        14900 Ventura Blvd. #210
        Sherman Oaks
        ca
        91403
        US
        Phone: +1.3107094460


Technical Contact [1772073]:
        Dmitry Fomichev str02k@yahoo.com
        14900 Ventura Blvd. #210
        Sherman Oaks
        ca
        91403
        US
        Phone: +1.3107094460


Domain servers in listed order:

        NS1.ONLINE1HOURLOANS.COM        68.169.73.98
        NS2.ONLINE1HOURLOANS.COM        68.169.74.98
```

```
Record created on:        2010-04-26 17:28:42.0
Database last updated on: 2010-05-17 03:42:17.23
Domain Expires on:        2015-04-26 17:28:43.0
```

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

<u>Show underlying registry data for this record</u>



Make an instant, anonymous offer to the current domain registrant. <u>Learn More</u>

Search Again

Search by either

Domain Name e.g. networksolutions.com
IP Address e.g. 205.178.187.13



WHOIS Searches

- Popular
- Recent

**Domain Name** - Total Searches                    RSS

sbcglobal.net - 35608

amazon.com - 11074

craigslist.com - 8840

kingsridge.com - 6094

cisco.com - 5754

ibm.com - 4572

tcs.com - 4473

mchsi.com - 4007

nytimes.com - 3219

disney.com - 3162

« PrevNext »

## Get online today with our best deals!

Call **1-877-540-6981** for a Network Solutions Sales Expert.

**EXHIBIT "C"**



**EXHIBIT "B"**

Network Solutions   >>   Whois   >>   Results
Log In

Call Now to get your Domain for FREE - **1-877-540-6981**



- Search
- Renew
- Transfer
- Features
- Private Registration
- Forward
- WHOIS

**WHOIS Results for online1hourloans.com**

Available domain names similar to online1hourloans.com
Available Extensions

- [ ] **online1hourloans**.tel
- [ ] **online1hourloans**.us
- [ ] **online1hourloans**.eu
- [ ] **online1hourloans**.mobi

Available Domains

- [ ] orlando**online1hourloans**.com
- [ ] orlandointernet1hourloans.com
- [ ] orlandoonlineonehourloans.com
- [ ] online-1-hour-loans.com

Premium Resale Domains

| | |
|---|---|
| [ ] hourage.com | **$2,495** |
| [ ] hourbuy.com | **$3,188** |
| [ ] floridastudentloans.com | **$2,899** |
| [ ] 21online.net | **$650** |
| [ ] **online1hourloans**.biz | |
| [ ] **online1hourloans**.tv | |
| [ ] **online1hourloans**.bz | |
| [ ] **online1hourloans**.co.uk | |
| [ ] **online1hourloans**.pro | |
| [ ] **online1hourloans**.de | |
| [ ] internet1hourloans.com | |
| [ ] online1hourmortgages.com | |
| [ ] online-1-hour-mortgages.com | |
| [ ] online-one-hour-loans.com | |
| [ ] internet-1-hour-loans.com | |
| [ ] internet-1-hour-mortgages.com | |
| [ ] hourmap.com | **$1,795** |
| [ ] loancalculatorflorida.com | **$1,225** |
| [ ] golf1gti.com | **$1,030** |

View more

Add Selected to Cart

online1hourloans.com

Is this your domain name? Renew it now.



BOOKMARK

**Current Registrar:** MONIKER ONLINE SERVICES, INC.
**IP Address:** 68.169.73.123 (ARIN & RIPE IP search)
**Lock Status:** clientDeleteProhibited

```
Moniker Whois Server Version 2.0

The Data in Moniker's WHOIS database
is provided for information purposes only, and is
designed to assist persons in obtaining information
related to domain name registration records.
Moniker does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you
will use this Data only for lawful purposes and
that, under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the
transmission of mass unsolicited, commercial
advertising or solicitations via e-mail (spam),
telephone, or facsimile; or
(2) enable high volume, automated, electronic
processes that apply to Moniker (or its
systems). Moniker reserves the right
to modify these terms at any time.  By submitting
this query, you agree to abide by this policy.

The compilation, repackaging, dissemination or
other use of this Data is expressly
prohibited without the prior written consent
of Moniker.

Domain Name: ONLINE1HOURLOANS.COM
Registrar: MONIKER

Registrant [1772073]:
        Dmitry Fomichev str02k@yahoo.com
        14900 Ventura Blvd. #210
        Sherman Oaks
        ca
        91403
        US


Administrative Contact [1772073]:
        Dmitry Fomichev str02k@yahoo.com
        14900 Ventura Blvd. #210
        Sherman Oaks
        ca
        91403
        US
        Phone: +1.3107094460


Billing Contact [1772073]:
        Dmitry Fomichev str02k@yahoo.com
        14900 Ventura Blvd. #210
        Sherman Oaks
        ca
        91403
        US
        Phone: +1.3107094460


Technical Contact [1772073]:
        Dmitry Fomichev str02k@yahoo.com
        14900 Ventura Blvd. #210
        Sherman Oaks
        ca
        91403
        US
        Phone: +1.3107094460


Domain servers in listed order:

        NS1.ONLINE1HOURLOANS.COM        68.169.73.98
        NS2.ONLINE1HOURLOANS.COM        68.169.74.98
```

```
Record created on:        2010-04-26 17:28:42.0
Database last updated on: 2010-05-17 03:42:17.23
Domain Expires on:        2015-04-26 17:28:43.0
```

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record



Make an instant, anonymous offer to the current domain registrant. Learn More

Make Offer

Search Again

Search again here...

Search by either

• Domain Name e.g. networksolutions.com
○ IP Address e.g. 205.178.187.13

Search



WHOIS Searches

- Popular
- Recent

| **Domain Name** - Total Searches | RSS |
| --- | --- |

sbcglobal.net - 35608

amazon.com - 11074

craigslist.com - 8840

kingsridge.com - 6094

cisco.com - 5754

ibm.com - 4572

tcs.com - 4473

mchsi.com - 4007

nytimes.com - 3219

disney.com - 3162

« Prev Next »

# Get online today with our best deals!

Call **1-877-540-6981** for a Network Solutions Sales Expert.

**EXHIBIT "C"**



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Dale S. Fischer and the assigned discovery Magistrate Judge is Suzanne H. Segal.

The case number on all documents filed with the Court should read as follows:

## CV10- 10008 DSF (SSx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

========================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) <br> Select Management Resources, LLC et al. | DEFENDANTS <br> D and D Marketing, Inc. a California corporation and Dmitry Fomichev |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) <br><br> R. Joseph Trojan, Esq. <br> Trojan Law Offices <br> 9250 Wilshire Blvd., Suite 325, Beverly Hills, CA 90212  310-777-8399 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff     ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant     ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding     ☐ 2 Removed from State Court     ☐ 3 Remanded from Appellate Court     ☐ 4 Reinstated or Reopened     ☐ 5 Transferred from another district (specify):     ☐ 6 Multi-District Litigation     ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:     JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No     ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Trademark Infringement

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☑ 840 Trademark |
| | ☐ 160 Stockholders' Suits | | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **IMMIGRATION** | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 240 Torts to Land | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | |
| | ☐ 290 All Other Real Property | | | | |

# CV10 10008

**FOR OFFICE USE ONLY:**     Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
  ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
  ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
  ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| See attached Exhibit A | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| See attached Exhibit A | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| All claims arose out of Defendants' activities in Los Angeles County, CA | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date 12/29/10

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

## EXHIBIT "A" TO CIVIL COVER SHEET

**PLAINTIFFS:**

Select Management Resources, LLC, Georgia limited liability company, Alpharetta, GA, Fulton County

Anderson Financial Services, LLC, Idaho limited liability company, Alpharetta, GA, Fulton County

LoanMax, LLC, New Hampshire limited liability company, Alpharetta, GA, Fulton County

LoanMax, LLc, Delaware limited liability company, Alpharetta, GA, Fulton County

North American Title Loans, LLC, Utah limited liability company, Alpharetta, GA, Fulton County

Northeastern Title Loans, LLC, Delaware limited liability company, Alpharetta, GA, Fulton County

QuickClick Loans, LLC, Georgia limited liability company, Alpharetta, GA, Fulton County


**DEFENDANTS:**

D and D Marketing, Inc., d/b/a T3Leads, California corporation, Encino, CA, Los Angles County

Dmitry Fomichev, Granada Hills, CA, Los Angeles County