R. Joseph Trojan   CA Bar No. 137,067
trojan@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA   90212
Telephone:    310-777-8399
Facsimile:    310-777-8348

**Attorneys for Plaintiffs**

JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Select Management Resources, LLC**, a Georgia limited liability company; **Anderson Financial Services, LLC**, an Idaho limited liability company; **LoanMax, LLC**, a New Hampshire limited liability company; **LoanMax, LLC**, a Delaware limited liability company; **North American Title Loans, LLC**, a Utah limited liability company; **Northeastern Title Loans, LLC**, a Delaware limited liability company; **QuickClick Loans, LLC**, a Georgia limited liability company, <br><br> Plaintiffs, <br>      v. <br><br> **D and D Marketing, Inc**., a California corporation, and **Dmitry Fomichev**, <br><br> Defendants. | CASE NO. CV10-10008 DSF(SSx) <br><br> **CONSENT FINAL JUDGMENT AND PERMANENT INJUNCTION ORDER** |

TROJAN LAW OFFICES
BEVERLY HILLS

This matter having come before the Court on the parties' joint stipulation for entry of Consent Final Judgment and Permanent Injunction, and after considering the matter and reviewing all submissions:

THE COURT FINDS THAT:

1.     This is an action for trademark infringement under the Lanham Act, 15 U.S.C. §§1114-1117, unfair competition under the Lanham Act, 15 U.S.C. §§ 1125(a) and Unfair Competition under Section 17200 of the California Business and Professional Code and the Common Law, arising from Defendants' use of the QUICKCLICK and QUICKCLICKLOANS.COM trademarks.   The Court has jurisdiction over the subject matter of the action and personal jurisdiction over the parties, and venue is proper in this district and division.

2.     Plaintiff Select Management Resources, LLC has established that it possesses rights in the QUICKCLICK and QUICKCLICKLOANS.COM trademarks in association with its consumer loan services by virtue of its registration of the QUICKCLICK trademark on the principal register of the United States Patent and Trademark Office.

3.     Plaintiff Select Management Resources, LLC has established that its rights in the QUICKCLICK trademark are exclusive, valid and enforceable pursuant to the Lanham Act, 15 U.S.C. § 1057(b).

TROJAN LAW OFFICES
BEVERLY HILLS

4. Plaintiff Select Management Resources, LLC has demonstrated that Defendants' or third party affiliate marketers', operating within Defendants' affiliate marketing network, use of the QUICKCLICK and QUICKCLICKLOANS.COM trademarks for goods and services that compete with those provided by Plaintiff is likely to cause confusion as the trademarks are identical or substantially similar in appearance, sound and meaning; and that the types of goods and services the Defendants or third party affiliate marketers, operating within Defendants' affiliate marketing network, are offering under both marks are identical to those provided by Plaintiff and are promoted and offered through the same channels of trade to the same types of customers.

5. Plaintiff Select Management Resources, LLC will suffer irreparable harm unless this permanent injunction issues.

6. The threatened injury to Plaintiff Select Management Resources, LLC outweighs any harm the permanent injunction may cause Defendants or third party affiliate marketers operating within Defendants' affiliate marketing network.

7. The public interest is best served by the entry of a permanent injunction.

8. It is in the interest of justice to enter a permanent injunction against the continued use of the marks by Defendants or third party affiliate marketers operating within Defendants' affiliate marketing network.

NOW THEREFORE, based upon the foregoing, it is hereby

**ORDERED** that Defendants D and D Marketing, Inc. and Dmitry Fomichev, and their partners, relatives, associates, affiliates, agents, servants, employees, attorneys, representatives, assigns, and any other person involved in the submission or generation of advertising or leads for Defendants' websites, as well as all of those persons in concert or participation with any of them who have actual notice of this permanent injunction, are hereby enjoined from using the QUICKCLICK or QUICKCLICKLOANS.COM trademarks and any confusingly similar variations thereof, alone or in combination with other words, names, styles, titles or marks as a business or trade name on or in connection with the advertising, promotion, offering of goods or performance of services similar to or related to those offered by Plaintiff Select Management Resources, LLC or any of its related companies, including but not limited to the use of the QUICKCLICK or QUICKCLICKLOANS.COM trademarks in Internet advertisement text or as keywords for the generation of Internet advertisements; and it is further

/ / /

TROJAN LAW OFFICES
BEVERLY HILLS

TROJAN LAW OFFICES
BEVERLY HILLS

1   **ORDERED** that all remaining causes of action are hereby dismissed with

2

3   prejudice, with each party hereto to bear its own attorneys' fees and costs.

4   **IT IS SO ORDERED.**

5   Dated July 15, 2011.

6

7

8   _____

9   UNITED STATES JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26